UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe,

        Plaintiff(s),          Case No. 25-cv-10951

v.          Honorable Matthew F. Leitman

Board of Regents of the University of Michigan, et al.,          Magistrate Judge David R. Grand

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __25-cv-10806__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Mark A. Goldsmith__ and Magistrate Judge __David R. Grand__.

         s/Matthew F. Leitman
         Matthew F. Leitman
         United States District Judge

         s/Mark A. Goldsmith
         Mark A. Goldsmith
         United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: April 4, 2025          s/N. Ahmed
         Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Mark A. Goldsmith