UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOE**, on behalf of herself
and others similarly situated,

   Plaintiff,         Case No. 25-cv-10951

v.                 Hon. Mark A. Goldsmith

**THE UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, KEFFER
DEVELOPMENT SERVICES, LLC**
and **MATTHEW WEISS**

   Defendants.
_____/

| | |
|---|---|
| **FINK BRESSACK** | **BUTZEL LONG** |
| By: **David H. Fink (P28235)**<br>   **Nathan J. Fink (P75185)**<br>38500 Woodward Ave., Suite 3500<br>Bloomfield Hills, Michigan 48304<br>(248) 971-2500<br>dfink@finkbressack.com<br>nfink@finkbressack.com<br>**Attorneys for Plaintiff** | By: **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan 48084<br>(248) 258-1616<br>**Attorneys for Defendant<br>The University of Michigan<br>Board of Regents** |

_____/

**STIPULATED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

   In accordance with the stipulation of attorneys for plaintiff and for defendant University of Michigan Board of Regents, the University of Michigan Board of Regents having waived service and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendant University of Michigan Board of Regents to respond to the Complaint is extended to and including June 5, 2025.

**SO ORDERED**.

s/Mark A. Goldsmith
United States District Court Judge

Dated: March 7, 2025

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Nathan J. Fink
38500 Woodward Ave.
Suite 3500
Bloomfield Hills, Michigan  48304
(248) 971-2500
nfink@finkbressack.com
(P75185)

s/
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)