UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br>vs.<br><br>THE UNIVERSITY OF MICHIGAN<br>BOARD OF REGENTS, *et al.*,<br><br>                  Defendants. | Case No. 25-CV-10951<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |

**NOTICE OF MOTION TO CONSOLIDATE CASES, AND MOTION TO APPOINT PARKER STINAR OF STINAR, GOULD, GRIECO & HENSLEY, P.L.L.C. AS INTERIM LEAD COUNSEL IN CASE NO. 25-cv-10806**

Please be advised that pursuant to Eastern District Local Rule 42.1(a), Plaintiffs in *Jane Doe 1, et al., v. Weiss, et al.*, Case No. 25-cv-10806, have filed a motion to consolidate the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.

To consolidate cases under Eastern District Local Rule 42.1, the motion must be filed in the with the earliest case number, and notice must be filed in each related case. The motion was filed in *Jane Doe 1, et al., v. Weiss, et al.*, Case No. 25-cv-10806, see **Exhibit A**, and this notice has been filed in each of the other seven pending cases. The motion also seeks to appoint interim class counsel.

Date: April 15, 2025				Respectfully Submitted,

				By:	/s/*Parker Stinar*
					Parker Stinar
					Michael Grieco
					Bryce Hensley *(admission pending)*
					**STINAR GOULD GRIECO & HENSLEY, PLLC**
					101 N. Wacker Dr., Floor M, Suite 100
					Chicago, Illinois 60606
					T: (312) 728-7444
					parker@sgghlaw.com
					mike@sgghlaw.com
					bryce@sgghlaw.com

				By:	/s/*Patrick Lannen*
					Patrick Lannen
					Erik Johnson
					**STINAR GOULD GRIECO & HENSLEY, PLLC**
					550W. Merrill Street, Suite 249
					Birmingham, Michigan 48009
					patrick@sgghlaw.com
					(269) 370-1746
					erik@sgghlaw.com
					(248) 221-8561

				*Counsel for Plaintiffs*