UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br>vs.<br><br>THE UNIVERSITY OF MICHIGAN BOARD OF REGENTS, *et al.*,<br><br>              Defendants. | Case No. 25-CV-10951<br>Hon. Mark A. Goldsmith<br>Mag. Elizabeth A. Stafford |

**NOTICE OF MAJORITY PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL IN CASE NO. 25-cv-10806**

Please be advised that pursuant to Eastern District Local Rule 42.1(a), Plaintiffs in *Jane Doe 1, et al., v. Weiss, et al.*, Case No. 25-cv-10806, have filed an amended motion to consolidate the following cases:

- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10806;
- *Jane Doe 1, et al. v. Weiss, et al.*, Case No. 25-cv-10855;
- *Jane Roe CLF 001 v. Weiss, et al.*, Case No 25-cv-10870;
- *Jane Doe v. Board of Regents*, Case No. 25-10876;
- *Jane Does 1 –11 v. University of Michigan*, Case No. 25-cv-10946;
- *Jane Doe v. Board of Regents, et al.,* 25-cv-10951;
- *Jane Doe 1-3 v. Matthew Weiss, et al.*, Case No. 25-cv-10988; and
- *Student Doe v. Board of Regents, et al.*, Case No. 25-cv-10999.

To consolidate cases under Eastern District Local Rule 42.1, the motion must be filed in the with the earliest case number, and notice must be filed in each related case. The motion was filed in *Jane Doe 1, et al., v. Weiss, et al.*, Case No. 25-cv-10806, and this notice has been filed in each of the other seven pending cases. The motion also seeks to appoint co-lead counsel.

Date: April 24, 2025                    Respectfully Submitted,

By:    /s/*Parker Stinar*
Parker Stinar
Michael Grieco
Bryce Hensley
**STINAR GOULD GRIECO & HENSLEY, PLLC**
101 N. Wacker Dr., Floor M, Suite 100
Chicago, Illinois 60606
T: (312) 728-7444
parker@sgghlaw.com
mike@sgghlaw.com
bryce@sgghlaw.com

By:    /s/*Patrick Lannen*
Patrick Lannen
Erik Johnson
**STINAR GOULD GRIECO & HENSLEY, PLLC**
550W. Merrill Street, Suite 240
Birmingham, Michigan 48009
patrick@sgghlaw.com
(269) 370-1746
erik@sgghlaw.com
(248) 221-8561

*Counsel for Plaintiffs*